NO. 12-17-00367-CR

EX PARTE
IN THE 12TH COURT OF APPEALS DISTRICT
TYLER, TEXAS

MICHAELA KENNEDY
Relator

PETITION FOR WRIT OF MANDAMUS
TO THE TRIAL COURT NO. 1961
IN THE 3RD JUDICIAL DISTRICT OF
ANDERSON COUNTY, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District
NOV 27 2017 elKM
TYLER TEXAS
PAM ESTES, CLERK

(i) PETITION FOR WRIT OF MANDAMUS

I. List of Parties

Michael A. Kennedy, Relator Polunsky Unit
3872 FM 350 South Livingston, TX 77351

MARK A. Colhoun, Judge 3RD Judicial District court
Allysun mitchell, Crim. District Attorney

II. ISSUE PRESENTED

Relator have no money and owe over 30.000 dollars to the state and Requests this court Sanction Relator due to denying Relator any Rights to notice of a trial.

III. THE FACT

Do what you got to do and don't tell me about no sanctions.

1

## ARGUMENTS

Requests the court impose sanctions because plaintiff/Relator will not stop filing any writs and the matter denied me notice of trial date.

Due PROCESS of law can be over looked and the matter I Requests that you do what you want to try and stop me. I have no money and I owe the State of Texas over $30,000 dollars and I wont pay any money. Thank you. Thank your Judge Mark a. Calhoun for his Action to get your clerk to files these writs.

Relief

Wherefore more such new trial.

Respectfully submitted

Michael A. Kennedy
#1516203 Polunsky
3872 FM 350 South
Livingston, TX 77351

CERTIFICATE OF SERVICE

I, hereby certify a true and correct copy to an party postage prepaid to the bilows on 11-19-17 to. Mark a. Calhoun, Judge 500 n. church st. Palestine, TX 77351 Allyson mitchell. Crim Dist. Atty. 500 n. church st. Palestine TX 75801

Michael A. Kennedy

②